```
           UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                              Case No. 09-cr-70-PB

**Dylan Mallory**

### O R D E R

I recuse myself from presiding over this case. The case shall be assigned to another judge.

SO ORDERED.

                                                /s/Paul Barbadoro  
                                              Paul Barbadoro  
                                              United States District Judge

April 13, 2009

cc:  Bjorn Lange, Esq.  
     Terry Ollila, AUSA  
     United States Probation  
     United States Marshal