UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                              Civil No. 09-cr-70-JD

<u>Dylan Mallory</u>

<u>O R D E R</u>

The undersigned recuses himself from presiding over this case.  The case shall be assigned to another judge.

SO ORDERED.

                                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date:  April 15, 2009

cc:  Bjorn R. Lange, Esquire
     Terry L. Ollila, Esquire